UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES

|  |  |
|---|---|
| TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND SIDERCA S.A.I.C., | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| and | ) |
| TMK GROUP; AND TUBOS DE ACERO DE MEXICO, S.A., | ) ) |
| Consolidated-Plaintiffs, | ) |
| and | ) |
| TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; AND IPSCO TUBULARS INC., | ) ) ) |
| Plaintiff-Intervenors, | ) Consol. Ct. No. 22-00344 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION; BORUSAN MANNESMANN PIPE U.S. INC.; PTC LIBERTY TUBULARS LLC; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; AND WELDED TUBE USA INC., | ) ) ) ) ) ) ) ) |
| Defendant-Intervenors. | ) |

ORDER

Upon consideration of Plaintiff TMK Group's Motion to Strike ECF 40 from the Record, it is hereby

ORDERED that Plaintiffs' is granted; and it is further

ORDERED that ECF 40 be stricken from the record of this proceeding

Signed: _____
Jennifer Choe-Groves, Judge

Dated: _____
New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND SIDERCA S.A.I.C., <br><br> Plaintiffs, <br><br> and <br><br> TMK GROUP; AND TUBOS DE ACERO DE MEXICO, S.A., <br><br> Consolidated-Plaintiffs, <br><br> and <br><br> TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; AND IPSCO TUBULARS INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED STATES STEEL CORPORATION; BORUSAN MANNESMANN PIPE U.S. INC.; PTC LIBERTY TUBULARS LLC; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; AND WELDED TUBE USA INC., <br><br> Defendant-Intervenors. | Consol. Ct. No. 22-00344 |

MOTION OF PLAINTIFF TMK GROUP
TO STRIKE ECF 40 FROM THE RECORD

Pursuant to Rule 7(b) of the Rules of the U.S. Court of International Trade, Plaintiff TMK Group hereby requests that the ECF 40 be stricken from the record. ECF 40 is a non-final draft version of the confidential brief in support of TMK's Rule 56.2 motion that was filed in error. The correct version of the confidential brief was timely filed, along with the corresponding public version. These briefs are on the record as ECF 41 and ECF 42, respectively.

Respectfully submitted,

/s/Michael J. Chapman

Michael J. Chapman
Jeffrey M. Winton
Amrietha Nellan
Vi Mai
Ruby Rodriguez
Jooyoun Jeong

WINTON & CHAPMAN PLLC
1900 L Street, N.W., Suite 611
Washington, D.C. 20036
(202) 774-5500

Attorneys for TMK Group

May 22, 2023