UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION, AND SIDERCA S.A.I.C.,** | |
| Plaintiffs, | |
| and | |
| **TMK GROUP AND TUBOS DE ACERO DE MEXICO, S.A.,** | |
| Consolidated Plaintiffs, | |
| and | **Before: Jennifer Choe-Groves, Judge** |
| **TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, AND IPSCO TUBULARS INC.,** | **Consol. Court No. 22-00344** |
| Plaintiff-Intervenors, | |
| v. | |
| **UNITED STATES,** | |
| Defendant, | |
| and | |
| **UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC.,** | |

**PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, AND WELDED TUBE USA INC.,**

      **Defendant-Intervenors.**

# ORDER

Upon consideration of the Motion for Judgment upon the Agency Record filed by Consolidated Plaintiff TMK Group, ECF Nos. 41, 42; the Rule 56.2 Motion for Judgment on the Agency Record filed by Plaintiffs Tenaris Bay City, Inc., Maverick Tube Corporation, IPSCO Tubulars Inc., Tenaris Global Services (U.S.A.) Corporation, Siderca S.A.I.C., and Consolidated Plaintiff Tubos de Acero de Mexico, S.A. (collectively, "Tenaris"), ECF Nos. 45, 46; the Parties' interest in oral argument, and all other papers and proceedings in this action, it is hereby

**ORDERED** that oral argument shall be held on January 25, 2024, at 12:00 PM at George Mason University Antonin Scalia Law School, 3301 Fairfax Drive, Arlington, VA 22201.

Consol. Court No. 22-00344                                                                                                Page 3

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 or steve_taronji@cit.uscourts.gov, with any questions or concerns. Thank you for your assistance and cooperation.

                                                 /s/ Jennifer Choe-Groves
                                                   Jennifer Choe-Groves, Judge

Dated:     December 21, 2023
            New York, New York