**FORM 3. Notice of Appeal from the United States Court of International Trade**

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND SIDERCA S.A.I.C., <br><br>         Plaintiffs, <br><br>         and <br><br> TMK GROUP AND TUBOS DE ACERO DE MEXICO, S.A., <br><br>         Consolidated Plaintiffs, <br><br>         and <br><br> TENARIS BAY CITY, INC.; MAVERICK TUBE CORPORATION; AND IPSCO TUBULARS INC., <br><br>         Plaintiff-Intervenors, <br><br>    v. <br><br> UNITED STATES, <br><br>         Defendant, <br><br>         and <br><br> UNITED STATES STEEL CORPORATION; BORUSAN MANNESMANN PIPE U.S. INC.; PTC LIBERTY TUBULARS LLC; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; AND WELDED TUBE USA INC., <br><br>         Defendant-Intervenors. | Consol. Court No. 22-00344 |

## **NOTICE OF APPEAL**

Notice is hereby given that the following parties, Tenaris Bay City, Inc., Maverick Tube Corporation, IPSCO Tubulars Inc., Tenaris Global Services (U.S.A.) Corporation, and Siderca S.A.I.C., Plaintiffs in the above-named case, and Consolidated Plaintiff, Tubos de Acero de Mexico, S.A. (Plaintiff in Court No. 23-00002, which was consolidated into the above-named case), hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on June 20, 2025.

Respectfully submitted,

/s/ Gregory J. Spak
Gregory J. Spak
Frank J. Schweitzer
Kristina Zissis
Matthew W. Solomon

WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Email: gspak@whitecase.com

*Counsel to Tenaris Bay City, Inc., Maverick Tube Corporation, IPSCO Tubulars Inc., Tenaris Global Services (U.S.A.) Corporation, Siderca S.A.I.C., and Tubos de Acero de Mexico, S.A.*

Date: August 18, 2025